# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                          Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 1/20/2020

The initial pretrial conference is adjourned to February 6, 2020 at 10 a.m.

**VIA ECF**
Hon. Vernon S. Broderick
Southern District of New York
40 Centre Street
New York, NY 10007

       Re:     *Nava Perez v. Karayiannis Global Group, Inc. (d/b/a Laundromat Lux) et al.*;
                  Case No. 18-cv-10212

Dear Judge Broderick:

We represent Plaintiff in the above-referenced matter. We respectfully request an adjournment of the initial conference scheduled for January 30, 2020. Defendants consent to the request.

The reason for the request is that I have a Second Circuit CAMP conference at the same time. This is the first request for an adjournment of this motion, and an adjournment will not affect any other scheduled dates.

                                          Respectfully Submitted,

                                          /s/ *Joshua S. Androphy, Esq.*
                                            Joshua S. Androphy, Esq.