**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
NORMA NAVA PEREZ,
:
:
Plaintiff,   :   18-CV-10212 (VSB) (OTW)
:
-against-   :   **ORDER**
:
KARAYIANNIS GLOBAL GROUP, INC., et al.,   :
:
Defendants.   :
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff is directed to mail a copy of ECF 33-42 and the docket sheet to the Defendants and Stephen D. Hans, Esq. Plaintiff shall file an affidavit of service within seven days of this Order.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: December 14, 2020   **Ona T. Wang**
New York, New York   United States Magistrate Judge