# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 22, 2021

**VIA ECF**  
Hon. Ona T. Wang  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, New York, 1007

    Re:   **Norma Nava Perez, et al. v. Karayiannis Global Group, Inc., et al.**  
           **Index No. 18-cv-10212-VSB-OTW**  
        **SECOND MOTION FOR APPROVAL OF SETTLEMENT**

To Your Honor,

  We represent Plaintiff Norma Nava Perez in the above referenced matter, and now submit this, the second motion, for approval of the settlement and attorneys' fees in this action. This submission follows the opinion and order filed by this Court on April 8, 2021 (Dkt. No. 51). Per the order, Plaintiff has revised the agreement and has attached the same hereto as EXHIBIT A, AMENDED SETTLEMENT.

  Plaintiff submits this amended agreement to the Court unsigned by either party, and requests that the Court approve the same pending submission of a fully executed document within a time certain, so as to obviate the need for repetitive execution should the Court not approve the settlement as drafted.

  Plaintiff and all parties thank the Court for its time and attention to this matter.

                  Respectfully Submitted,

                  */s/ Kevin S. Johnson, Esq.*  
                  Kevin S. Johnson, Esq.  
                  MICHAEL FAILLACE & ASSOCIATES, P.C.  
                  *Attorneys for Plaintiff*

April 22, 2021
Page 2

                                                  704.258.5546 (mobile)
                                                  kjohnson@faillacelaw.com
                                                  kevinsjohnson1@outlook.com

**CC VIA ECF:**
Stephen D. Hans, Esq.
STEPHEN D. HANS & ASSOCIATES, P.C.
*Attorney for Defendants*
30-30 Northern Boulevard
Suite 401
Long Island City, NY 11101
718-275-6700
shans@hansassociates.com