# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

**MEMO ENDORSED**

May 19, 2021

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Nava Perez et al v. Karayiannis Global Group et al**
**1:18-cv-10212-OTW**

Dear Judge Wang:

I represent the Defendant's in the above matter. I write this letter with the full consent of the Plaintiff's counsel.

The Court ordered that the Agreement be finalized by 5:00pm today. The Plaintiff's counsel is new, and I did not recognize his name a few days ago. Moreover, my client executed the Agreement several months ago. I assumed counsel for the Plaintiff was going to submit that Agreement. My mistake.

I am now trying to reach my client to have him re-execute the latest agreement which I did not realize had to be done. My office has been challenging lately due to staff out and my secretary dealing with other effects of her COVID shot.

I would respectfully ask this Court for one week to get this fully executed and I will not sit on it.

**SO ORDERED:**

Application Granted. Extension to May 27, 2021.

*/s/ signature*

**Ona T. Wang**     5/21/21
United States Magistrate Judge

Respectfully Submitted,

By: ____/s/_____
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700
Fax: 718.275.6704
Email: shans@hansassociates.com

www.hansassociates.com